# DONOVAN HATEM LLP
COUNSELORS AT LAW

Jeffrey L. Alitz
Andrew P. Botti
Paul G. Boylan
John F. Bradley, II
John A. Donovan, Jr.
Michael P. Giunta
Edward P. Gonzales
Maura A. Greene
Jay S. Gregory
Stephen P. Griffin
A. Neil Hartzell
David J. Hatem, PC
Alan D. Hoch
Warren D. Hutchison
Kevin G. Kenneally
Michael E. Mecsas
Darrell Mook
Nancy M. Reimer

Cory B. Schauer
Neil R. Schauer
James K. Schwartz
Moss M. Sidell, P.C.
Traver Clinton Smith, Jr.
Kenneth B. Walton
Cheryl A. Waterhouse
Michael B. Weinberg
Edward C. White
David L. Woronov

Of Counsel:
David H. Corkum
David M. Thomas

TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-406-4500
FACSIMILE: 617-406-4501
www.dhboston.com

MATTHEW M. O'LEARY
DIRECT DIAL: 617-406-4570
E-MAIL: moleary@dhboston.com

Juan M. Avila
*Brian R. Beaton
Colin M. Black
Nicole Castagna
Matthew R. Connolly
*Patrick G. English
Meredith A. Faro
Daniel P. Flynn
Carly B. Goldstein
Jeffrey W. Hallahan
Maureen P. Hogan
Lee McHarg Holland
Eric A. Howard
Donna M. Hunt
Stefan L. Jouret
Devorah A. Levine
Dennis M. Lindgren
John E. Matosky

Anna F. Meschansky
Mobina F. Mohsin
Jessica L. Mooney
Matthew M. O'Leary
Nicholas A. Ogden
Janet B. Pezzulich
Michael P. Roche
Mary Rosenfeld
Christian G. Samito
*Marc Saroufim
David M. Shamberger
*Melissa Swanson
Peter P. Tobani
Sarah K. Willey
Michael D. Williams
Amanda Yun

*Admission Pending

December 10, 2003

**By Hand**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

Re:  **Eastern Contractors, Inc. v. City of Worcester, et al.
     Civil Action No. 03-CV-12216MLW**

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter are certified copies of the docket entries from the Middlesex Superior Court.

Thank you for your attention to this matter.

Very truly yours,

Matthew M. O'Leary

Enclosures
cc:   David J. Hatem, PC
      Warren D. Hutchison, Esq.
      Edward F. Vena, Esq. (without enclosures)
      Edward J. Quinlan, Esq. (without enclosures)
      David Moore, Esq. (without enclosures)

00798656

03-1422

Eastern Contractors, Inc,

vs.

City Of Worcester, Thomas R. Hoover
City Manager, Heery Intrnational Inc,
and Thomas A. Ellis

FILED
IN CLERK'S OFFICE

2003 DEC 10 P 4: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Removal To US District Court

03 CV 12216 MLW

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WORCESTER and THOMAS R. HOOVER, City Manager, and HEERY INTERNATIONAL, INC. and THOMAS A. ELLIS, <br><br> Defendants. | Civil Action No. <br><br> NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441 |

**TO:** CLERK OF COURT, UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AND ALL COUNSEL OF RECORD

Pursuant to 28 U.S.C. § 1441(a), the defendants, Heery International, Inc. and Thomas A. Ellis (collectively, "Heery") hereby give notice of removal of this action from the Massachusetts Superior Court in Middlesex County (Docket No. MICV2003-01422), where it is now pending, to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, the defendants state as follows:

1. On October 9, 2003, Heery was served with a copy of the Amended Verified Complaint. A true and accurate copy of the Amended Verified Complaint with the returns of service is attached as Exhibit A.

2. This Notice is filed pursuant to 28 U.S.C. § 1441 on the grounds that the plaintiff's suit involves claims of which the district courts of the United States have original jurisdiction and claims founded on a claim or right arising under the Constitution, treaties or laws of the United States. 28 U.S.C. §1441.

3. Specifically, the plaintiff's claims asserted against Heery arise under 42

U.S.C. §§ 1981, 1983, and 1985. The plaintiff has alleged in the Amended Verified Complaint that Heery violated the laws of the United States by: (1) interfering with the plaintiff's right to make and enforce contracts in violation of 42 U.S.C. §§ 1981; (2) depriving the plaintiff of equal protection guaranteed by the Constitution of the United States based on the plaintiff's race in violation of 42 U.S.C. §§ 1983; and, (3) conspiring with the co-defendant, City of Worcester, to deprive the plaintiff of equal protection guaranteed by the Constitution of the United States based on the plaintiff's race in violation of 42 U.S.C. §§ 1985.

4. The plaintiff has also asserted claims against the City of Worcester and Thomas R. Hoover alleging that the City and Hoover violated the laws and Constitution of the United States by: (1) interfering with the plaintiff's right to make and enforce contracts in violation of 42 U.S.C. §§ 1981; (2) depriving the plaintiff of equal protection guaranteed by the Constitution of the United States based on the plaintiff's race in violation of 42 U.S.C. §§ 1983 and the Fourteenth Amendment.; (3) conspiring with Heery to deprive the plaintiff of equal protection guaranteed by the Constitution of the United States based on the plaintiff's race in violation of 42 U.S.C. §§ 1985; (4) retaliating against the plaintiffs in violation of the First and Fourteenth Amendments because the plaintiffs had previously sued the City; and, (5) depriving the plaintiff of its property without due process in violation of the Fourteenth Amendment.

5. This removal is timely under 28 U.S.C. § 1446(b) as it was filed within thirty (30) days of receipt by Heery through service or otherwise of the initial pleading setting forth the plaintiff's claims for relief against Heery upon which this action is based.

6. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.  SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. MICV2003-01422

| | |
|---|---|
| EASTERN CONTRACTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | FILED |
| CITY OF WORCESTER and THOMAS ) | IN THE OFFICE OF THE |
| R. HOOVER, City Manager, and HEERY ) | CLERK OF THE COURTS |
| INTERNATIONAL, INC. and THOMAS A. ) | COUNTY OF MIDDLESEX |
| ELLIS, ) | |
| ) | NOV 17 2003 |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**TO:** The Clerk of the above-named Court
and all Counsel of Record

PLEASE TAKE NOTICE that on the 10th day of November, 2003, a NOTICE OF REMOVAL pursuant to 28 U.S.C. § 1441 was filed in the United States District Court for the District of Massachusetts. A copy of said NOTICE OF REMOVAL is served herewith.

Respectfully Submitted,
HEERY INTERNATIONAL, INC. and
THOMAS A. ELLIS,

By their attorneys,

/s/ *signature*

David J. Hatem, PC BBO # 225700
Warren D. Hutchison BBO # 246150
Matthew M. O'Leary BBO # 652033
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: November 13, 2003

## CERTIFICATE OF SERVICE

I, Matthew M. O'Leary, hereby certify that on this 13th day of November, 2003, I served a copy of the foregoing on all counsel of record by first class mail, postage prepaid.

/s/ *signature*
Matthew M. O'Leary

2