UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

NO. 03CV12216-MLW

2003 DEC 16  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| EASTERN CONTRACTORS, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF WORCESTER, and THOMAS R. HOOVER, City Manager, and HEERY INTERNATIONAL, INC. and THOMAS A. ELLIS, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Please enter my appearance in the above-captioned case on behalf of Defendants City of Worcester and Thomas R. Hoover, City Manager.

CITY OF WORCESTER and
THOMAS R. HOOVER, CITY MANAGER
By their attorneys,

David M. Moore
City Solicitor

_____
Donald V. Rider Jr. (BBO #549777)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161

## CERTIFICATE OF SERVICE

    I, Donald V. Rider, Jr., hereby certify that I served upon all parties of record the within document by mailing a copy of the same, postage prepaid, to Edward J. Quinlan, Esquire, Quinlan & Sadowski, P.C., 11 Vanderbilt Avenue, Suite 250, Norwood, MA 02062-5056; and Warren D. Hutchison, Esquire, Donovan, Hatem LLP, Two Seaport Lane, Boston, MA 02210 on this 15th day of December, 2003.

                                                      Donald V. Rider, Jr.
                                                      Assistant City Solicitor