```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS    FILED
                                         IN CLERKS OFFICE
                                         NO. 03CV12216-MLW
                                         2003 DEC 16  A 11: 49
EASTERN CONTRACTORS, INC.    )
                             )           U.S. DISTRICT COURT
          Plaintiff          )           DISTRICT OF MASS.
                             )
v.                           )
                             )
CITY OF WORCESTER, and THOMAS)
R. HOOVER, City Manager, and )
HEERY INTERNATIONAL, INC. and)
THOMAS A. ELLIS,             )
                             )
          Defendants         )
                             )
```

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my withdrawal of appearance in the above-captioned case on behalf of Defendants City of Worcester and Thomas R. Hoover, City Manager. This notice is accompanied by the appearance of successor counsel.

```
                    CITY OF WORCESTER and
                    THOMAS R. HOOVER, CITY MANAGER
                    By their attorneys,

                    David M. Moore
                    City Solicitor


                    /s/ David M. Moore
                    _____
                    David M. Moore (BBO#352850)
                    City Solicitor
                    City Hall, Room 301
                    455 Main Street
                    Worcester, MA  01608
                    (508) 799-1161
```

## CERTIFICATE OF SERVICE

I, David M. Moore, hereby certify that I served the within document upon all parties of record by mailing a copy of the same, postage prepaid, to Edward J. Quinlan, Esquire, Quinlan & Sadowski, P.C., 11 Vanderbilt Avenue, Suite 250, Norwood, MA 02062-5056; and Warren D. Hutchison, Esquire, Donovan, Hatem LLP, Two Seaport Lane, Boston, MA   02210 on this _15th_ day of December, 2003.

David M. Moore
City Solicitor