

**VENA, RILEY, DEPTULA, LLP**

250 Summer Street, 2nd Floor
Boston, MA 02210

Phone: 617.951.2400
Fax: 617.951.2420

George C. Deptula
Direct Dial: 617.951.9384
Email: gdeptula@vrdllp.com

March 19, 2004

Dennis O'Leary
Courtroom Clerk
Honorable Mark L. Wolf, Justice
United States District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  <u>Eastern Contractors, Inc. v. City of Worcester, et al.</u>
     United State District Court of MA C/A No.: 03-CV12216

Dear Mr. O'Leary:

This is in response to your e-mail requesting a determination whether all parties agree to the assignment of this case to a Magistrate Judge for all purposes. At the present time, Plaintiff Eastern Contractors, Inc. does not consent to the transfer of this case to a Magistrate Judge for all purposes.

Please contact us should you have any questions, or if I need to respond in a different manner. Please note that we are open to reviewing our position at any appropriate time, if requested by the Court.

Very truly yours,

George C. Deptula

GCD/ev

cc:  Warren D. Hutchinson, Esquire
     Edward Quinlan, Esquire
     David M. Moore, Esquire
     Donald V. Rider, Esquire