UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF WORCESTER and THOMAS R. HOOVER, City Manager, and HEERY INTERNATIONAL, INC. and THOMAS A. ELLIS, <br><br> Defendants. | Civil Action No. 03-12216MLW |

### POSITION OF HEERY INTERNATIONAL, INC. AND THOMAS A. ELLIS, ON ASSIGNMENT OF CASE TO MAGISTRATE

Pursuant to the Court's Order dated March 3, 2004, the defendants, Heery International, Inc. ("Heery") and Thomas A. Ellis ("Ellis"), hereby inform the Court that they do not consent to assignment of this matter to a Magistrate Judge.

Respectfully Submitted,
HEERY INTERNATIONAL, INC. and
THOMAS A. ELLIS,
By their attorneys,

David J. Hatem, PC BBO # 225700
Warren D. Hutchison BBO # 246150
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: March 24, 2004

### CERTIFICATE OF SERVICE

I, Warren D. Hutchison hereby certify that on this 24 day of March, 2004, I served a copy of the foregoing on all counsel of record by first class mail, postage prepaid.

Warren D. Hutchison

00819874

# DONOVAN HATEM LLP
## COUNSELORS AT LAW

Jeffrey L. Alitz
Andrew P. Botti
Paul G. Boylan
John F. Bradley, II
John A. Donovan, Jr.
Michael P. Giunta
Edward P. Gonzales
Maura A. Greene
Jay S. Gregory
Stephen P. Griffin
A. Neil Hartzell
David J. Hatem, PC
Alan D. Hoch
Warren D. Hutchison
Kevin G. Kenneally
Darrell Mook
Nancy M. Reimer
Cory B. Schauer
Neil R. Schauer

James K. Schwartz
Moss M. Sidell, P.C.
Traver Clinton Smith, Jr.
Kenneth B. Walton
Cheryl A. Waterhouse
Michael B. Weinberg
Edward C. White
David L. Woronov

Of Counsel:
David H. Corkum
David M. Thomas

TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-406-4500
FACSIMILE: 617-406-4501
www.dhboston.com

WARREN D. HUTCHISON
DIRECT DIAL: 617-406-4606
E-MAIL: whutchison@dhboston.com

Brian R. Beaton
Colin M. Black
Nicole Castagna
Matthew T. Connolly
Obadiah G. English
Carly B. Goldstein
Jeffrey W. Hallahan
Maureen P. Hogan
Lee McHarg Holland
Eric A. Howard
Donna M. Hunt
Stefan L. Jouret
Devorah A. Levine
Dennis M. Lindgren
John E. Matosky
Anna F. Meschansky
Mobina F. Mohsin
Jessica L. Mooney
Matthew M. O'Leary

Nicholas A. Ogden
Melanie A. Olson
Janet B. Pezzulich
Michael P. Roche
Mary Rosenfeld
Christian G. Samito
*Marc Saroufim
Deborah F. Schwartz
Benjamin R. Sigel
Melissa Swanson
Peter P. Tobani
Elise S. Wald
Sarah K. Willey
Michael D. Williams
Amanda Yun

*Admission Pending

March 24, 2004

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

Re:   **Eastern Contractors, Inc. v. City of Worcester, et al.**
      **Civil Action No. 03-CV-12216MLW**

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter is the ***Position of the Defendants, Heery International, Inc. and Thomas A. Ellis, on Assignment of Case to Magistrate.***

Thank you for your attention to this matter.

Very truly yours,

*Warren D. Hutchison* (MMO)
Warren D. Hutchison

Enclosure
WDH/MMO
cc:   David J. Hatem, PC
      Matthew M. O'Leary, Esq.
00819880