

## CITY OF WORCESTER
LAW DEPARTMENT
CITY HALL, ROOM 301
WORCESTER, MASSACHUSETTS 01608

DAVID M. MOORE
CITY SOLICITOR

TELEPHONE
(508) 799-1161
FACSIMILE NUMBER
(508) 799-1163

March 25, 2004

U.S. District Court
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Eastern Contractors, Inc. v. City of Worcester, Thomas R.
     Hoover, City Manager, Heery International, Inc. and
     Thomas A. Ellis
     No. 03CV12216-MLW

Dear Sir/Madam:

       This is to inform the Court, pursuant to its March 3, 2004
Memorandum and Order, that Defendants City of Worcester and
Thomas R. Hoover, City Manager, consent to a transfer of the
above-referenced case to Magistrate Judge Alexander for all
purposes.

       Thank you for your attention to this matter.

                              Very truly yours,

                              Donald V. Rider, Jr.
                              Assistant City Solicitor

cc:  Edward J. Quinlan, Esquire
     Warren D. Hutchison, Esquire
     Joel Lewin, Esquire
     Edward F. Vena, Esquire

e-mail: law@ci.worcester.ma.us