UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03CV12216-MLW

EASTERN CONTRACTORS, INC.,              )
                                        )
            Plaintiff                   )
                                        )
v.                                      )
                                        )
CITY OF WORCESTER, and THOMAS           )
R. HOOVER, City Manager, and            )
HEERY INTERNATIONAL, INC. and           )
THOMAS A. ELLIS,                        )
                                        )
            Defendants                  )
                                        )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Please enter my appearance in the above-captioned case on behalf of Defendants City of Worcester and Thomas R. Hoover, City Manager.

                                CITY OF WORCESTER and
                                THOMAS R. HOOVER, CITY MANAGER
                                By their attorneys,

                                David M. Moore
                                City Solicitor

                                _____
                                Janet J. McGuiggan (BBO #630013)
                                Assistant City Solicitor
                                Donald V. Rider, Jr. (BBO #549777)
                                Assistant City Solicitor
                                City Hall, Room 301
                                455 Main Street
                                Worcester, MA 01608
                                (508) 799-1161

## CERTIFICATE OF SERVICE

    I, Janet J. McGuiggan, hereby certify that I served upon all parties of record the within document by hand delivering a copy of the same to Edward J. Quinlan, Esquire, Quinlan & Sadowski, P.C., 11 Vanderbilt Avenue, Suite 250, Norwood, MA 02062-5056; and Warren D. Hutchison, Esquire, Donovan, Hatem LLP, Two Seaport Lane, Boston, MA 02210 on this 3d day of May, 2004.

*Janet J. McGuiggan*
Janet J. McGuiggan
Assistant City Solicitor

2