FILED
Clerk's Office
USDC, Mass.
Date 9-15-04
By
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN CONTRACTORS, INC., )
)
Plaintiff, ) Civil Action No. 03-12216MLW
)
v. )
)
CITY OF WORCESTER and THOMAS )
R. HOOVER, City Manager, and HEERY )
INTERNATIONAL, INC. and THOMAS E. )
ELLIS, JR. )
)
Defendants. )

## AFFIDAVIT OF WARREN D. HUTCHISON

I, Warren D. Hutchison, hereby depose and state the following under oath:

1. I am a partner in the law firm of Donovan Hatem LLP and counsel of record for the defendants, Heery International, Inc. and Thomas E. Ellis, Jr. (collectively "Heery").

2. Attached to Heery's motion for summary judgment as **Exhibit B** is a true and accurate copy of the Affidavit of Ramesh K. Motwane in Support of Plaintiff's Application for Preliminary Injunction previously filed by Eastern Contractors, Inc. with the Court.

3. Attached to Heery's motion for summary judgment as **Exhibit G** is a true and accurate copy of the Amended Verified Complaint previously filed by Eastern Contractors, Inc. with the Court.

_____
Warren D. Hutchison

## COMMONWEALTH OF MASSACHUSETTS

_Suffolk_, ss.

There appeared before me the above-named Warren D. Hutchison to me known, who stated, when asked, that the statements contained therein are true and accurate to the best of his knowledge.

_____
Notary Public
My Commission Expires:

> JANET M. HAWKINS
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> September 20, 2007

00857324.DOC