<u>September 17, 2004</u>                                                    By:   <u>/s/ Dennis O'Leary            </u>
Date                                                                                    Deputy Clerk        **(order-ref-mag.wpd - 05/2003)**