UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.2003-CV-12216MLW

EASTERN CONTRACTORS, INC.,
Plaintiffs

V.

CITY OF WORCESTER
and THOMAS R. HOOVER, City Manager,
and HEERY INTERNATIONAL, INC.,
and THOMAS E. ELLIS, JR.,
Defendants

**ORDER ON
ASSENTED-TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND FOR ENTRY OF SEPARATE AND FINAL JUDGMENT
(Docket #21)**

ALEXANDER, M.J.

After review, the assented-to motion to extend the time for plaintiff Eastern Contractors, Inc., to file its opposition to the Motion of the Defendants, Heery International, Inc., and Thomas E. Ellis, Jr., for Summary Judgment and for Entry of Separate and Final Judgment is ALLOWED.  Plaintiff will file its opposition by October 29, 2004.

SO ORDERED.

10/6/04                                        /S/ Joyce London Alexander
Date                                           United States Magistrate Judge