UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12216MLW

| | |
|---|---|
| EASTERN CONTRACTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WORCESTER and THOMAS R. HOOVER, City Manager, and, HEERY INTERNATIONAL, INC. and THOMAS E. ELLIS, JR.<br><br>    Defendants. | ASSENTED-TO MOTION<br>TO EXTEND TIME TO FILE<br>OPPOSITION TO DEFENDANT'S MOTION<br>FOR SUMMARY JUDGMENT AND FOR<br>ENTRY OF SEPARATE AND FINAL<br>JUDGMENT |

    Now comes the Plaintiff, Eastern Contractors, Inc., (hereinafter "Eastern"), and hereby moves for an extension of time to November 4, 2004 for Eastern to file an opposition to Defendant's, Heery International, Inc., and Thomas E. Ellis, Jr. (collectively "Heery"), Motion for Summary Judgment and for Entry of Separate and Final Judgment. As grounds for this motion, Eastern submits that counsel for the Plaintiff's father was ill and subsequently passed away. As a result, Counsel for Plaintiff has had to contend with rescheduling numerous pending matters. Counsel is now unable to respond to said motion prior to the October 29, 2004 previously agreed upon date. Eastern further states that no party will be unfairly prejudiced by the allowance of this motion. Finally, all counsel have indicated their assent to the motion.

    WHEREFORE, the Plaintiff, Eastern Contractors, Inc., respectfully requests that the Court grant this Motion to Extend Time to File Opposition to Defendant's Motion for Summary Judgment and for Entry of Separate and Final Judgment.

|  |  |
|---|---|
|  | EASTERN CONTRACTORS, INC., |
|  | By its attorneys, |
|  | //s//<br>Edward F. Vena (BBO# 508660)<br>Sabatino F. Leo (BBO# 642302)<br>Vena Riley Deptula LLP<br>250 Summer Street, 2nd Floor<br>Boston, MA 02210<br>(617) 951-2400 |
| AND, | //s//<br>Edward J. Quinlan (BBO#409060)<br>Quinlan & Sadowski, P.C.<br>Vanderbilt Avenue, Suite 250<br>Norwood, MA 02062<br>(781) 440-9909 |

ASSENTED TO:
HEERY INTERNATIONAL, INC. and
THOMAS E. ELLIS, JR.

By their attorneys,

//s//
David J. Hatem, PC (BBO#225700)
Warren D. Hutchison (BBO# 246150)
Matthew M. O'Leary (BBO#652033)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4550

CITY OF WORCESTER,

By their attorney,
David M. Moore
City Solicitor

//s//_____
Donald V. Rider Jr.
City of Worcester Law Department
City Hall
Room 301
Worcester, MA 01608
(508) 799-1161