UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12216MLW

| | |
|---|---|
| EASTERN CONTRACTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WORCESTER and THOMAS R. HOOVER, City Manager, and, HEERY INTERNATIONAL, INC. and THOMAS E. ELLIS, JR.<br><br>    Defendants. | ASSENTED-TO MOTION<br>TO EXTEND TIME TO FILE<br>OPPOSITION TO DEFENDANT'S MOTION<br>FOR SUMMARY JUDGMENT AND FOR<br>ENTRY OF SEPARATE AND FINAL<br>JUDGMENT |

    Now comes the Plaintiff, Eastern Contractors, Inc., (hereinafter "Eastern"), and hereby moves for an extension of time from November 4, 2004 to November 5, 2004 for Eastern to file an opposition to Defendant's, Heery International, Inc., and Thomas E. Ellis, Jr. (collectively "Heery"), Motion for Summary Judgment and for Entry of Separate and Final Judgment. As grounds for this motion, Eastern submits that in light of previous factors stated in its previous motion to continue, Counsel for Plaintiff is unable to file an opposition on the previously agreed upon date of November 4, 2004 and requires an additional day to respond. Eastern further states that no party will be unfairly prejudiced by the allowance of this motion. Finally, all counsel have indicated their assent to the motion.

    WHEREFORE, the Plaintiff, Eastern Contractors, Inc., respectfully requests that the Court grant this Motion to Extend Time to File Opposition to Defendant's Motion for Summary Judgment and for Entry of Separate and Final Judgment.

|  | EASTERN CONTRACTORS, INC., |
|---|---|
|  | By its attorneys, |
|  | //s//<br>Edward F. Vena (BBO# 508660)<br>Sabatino F. Leo (BBO# 642302)<br>Vena Riley Deptula LLP<br>250 Summer Street, 2nd Floor<br>Boston, MA 02210<br>(617) 951-2400 |
| AND, | //s//<br>Edward J. Quinlan (BBO#409060)<br>Quinlan & Sadowski, P.C.<br>Vanderbilt Avenue, Suite 250<br>Norwood, MA 02062<br>(781) 440-9909 |

ASSENTED TO:
HEERY INTERNATIONAL, INC. and
THOMAS E. ELLIS, JR.

By their attorneys,

//s//
David J. Hatem, PC (BBO#225700)
Warren D. Hutchison (BBO# 246150)
Matthew M. O'Leary (BBO#652033)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4550

CITY OF WORCESTER,

By their attorney,
David M. Moore
City Solicitor

//s//
_____
Donald V. Rider Jr.
City of Worcester Law Department
City Hall
Room 301
Worcester, MA 01608
(508) 799-1161