UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN CONTRACTORS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WORCESTER and THOMAS R. HOOVER, City Manager, and, HEERY INTERNATIONAL, INC. and THOMAS E. ELLIS, JR.<br><br>    Defendants. | C.A. NO. 03-12216MLW |

**AFFIDAVIT OF GEORGE C. DEPTULA, ESQUIRE IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE DEFENDANT'S, HEERY INTERNATIONAL, INC., AND THOMAS E. ELLIS, JR., MOTION FOR SUMMARY JUDGMENT**

1. I, George C. Deptula, am an attorney for Plaintiff, Eastern Contractors, Inc. (hereinafter "Eastern").

2. On October 9, 2003, Plaintiff amended its original Complaint and served suit against the Defendants, Heery International Inc. and Thomas E. Ellis, Jr., (collectively "Heery"), in Massachusetts Superior Court in Middlesex County for, inter alia, violation of equal protection of rights, violation of substantive and procedural due process, wrongful rejection of bid, negligent misrepresentation, and interference with an advantageous relationship and violation of G.L. c. 93A.

3. On November 10, 2003, Defendants, Heery, filed, pursuant to 28 U.S.C. §14441(a), a notice of removal of this cause of action from Massachusetts

1

Superior Court in Middlesex County to the United States District Court for the District of Massachusetts, where it is now pending.

4. On September 17, 2004, Defendants, Heery, filed a Motion for Summary Judgment and for Entry of Separate and Final Judgment as to all claims asserted by Plaintiff, Eastern, well in advance of the discovery period.

5. The discovery schedule proposed a summary judgment deadline of April 30, 2005, after the completion of depositions on or before February 28, 2005.

6. Heery has objected to continued discovery in light of Heery's pending motion.

7. The parties are in the initial phases of discovery as outlined in the scheduling order provided by this Honorable Court. Documents have just been exchanged with objections from Defendants. No depositions have been taken, given that voluminous documents need to be fully reviewed.

8. Though Eastern has responded to the motion for summary judgment, more information would be expected, and necessary, specifically including the need to confront witnesses at promptly conducted depositions, and additional discoverable material within the documents only recently made available for inspection by Defendants, City of Worcester and Thomas Hoover.

9. Justice requires that, pursuant to Rule 56(f), said motion be continued until after court ordered discovery deadlines have expired.

Signed under the pains and penalties of perjury, this 5th day of November 2004.

_____
George C. Deptula, BBO #120820
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, Massachusetts 02210

_____
Notary Public
My Commission Expires:
12/5/08

