UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN CONTRACTORS, INC.,

      Plaintiff,

v.

CITY OF WORCESTER and THOMAS R.
HOOVER, City Manager, and, HEERY
INTERNATIONAL, INC. and THOMAS E.
ELLIS, JR.

      Defendants.

C.A. NO. 03-12216MLW

**ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF IN
RESPONSE TO OPPOSITION OF THE DEFENDANTS, HEERY
INTERNATIONAL INC.'S AND THOMAS E. ELLIS JR.'S, TO PLAINTIFF'S
MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY
JUDGMENT**

      Now comes the Plaintiff, Eastern Contractors, Inc. (hereinafter "Eastern") and

hereby moves this Honorable Court for leave of court to file a reply brief in opposition to

Defendants, Heery International, Inc.'s and Thomas E. Ellis, Jr.'s (collectively "Heery")

Memorandum in Opposition to Plaintiff's Motion for Continuance of Hearing on Motion

for Summary Judgment. Eastern submits this motion pursuant to Local Rule 7.1(B)(3).

      As grounds for this motion, Eastern submits that in the interests of justice it be

allowed to respond to matters set forth in Heery's opposition that are critical to Eastern.

Eastern further states that no party will be unfairly prejudiced by the allowance of this

motion. Plaintiff asserts a reasonable time for filing its reply to be December 3, 2004.

Plaintiff further agrees and assents to the filing of a sur-reply by Heery within ten (10) of

the filing of Eastern's Reply Brief.  Finally, counsel for Heery, Warren Hutchison,

Esquire., has indicated his assent to this motion.

WHEREFORE, the Plaintiff, Eastern, respectfully requests that the Court grant

this Motion for Leave of Court to File a Reply Brief.

Respectfully submitted,
EASTERN CONTRACTORS, INC.
By its attorney,


//s//
Edward F. Vena, Esquire
BBO No. 508660
George C. Deptula, Esquire
BBO No. 120820
Sabatino F. Leo, Esquire
BBO No. 642302
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA  02210
(617) 951-2400


//s//
Edward J. Quinlan (BBO#409060)
Quinlan & Sadowski, P.C.
Vanderbilt Avenue, Suite 250
Norwood, MA 02062
(781) 440-9909


Assented to:


//s//
Warren D. Hutchison, Esq. (BBO#225700)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

CITY OF WORCESTER,
By their attorney,
David M. Moore
City Solicitor


//s// _____
Donald V. Rider Jr. (BBO#549777)
City of Worcester Law Department
City Hall
Room 301
Worcester, MA 01608
(508) 799-1161



Dated: November 24, 2004