UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.2003-CV-12216MLW

EASTERN CONTRACTORS, INC.,
Plaintiffs

V.

CITY OF WORCESTER
and THOMAS R. HOOVER, City Manager,
and HEERY INTERNATIONAL, INC.,
and THOMAS E. ELLIS, JR.,
Defendants

**ORDER ON
ASSENTED-TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR ENTRY OF
SEPARATE AND FINAL JUDGMENT
(Docket # 23)**

ALEXANDER, M.J.

For good cause shown, the assented-to motion to extend the time for plaintiff Eastern Contractors, Inc., to file its opposition to the motion of defendants Heery International, Inc., and Thomas E. Ellis, Jr., for Summary Judgment and for Entry of Separate and Final Judgment is ALLOWED. Plaintiff will file its opposition by November 4, 2004.

SO ORDERED.

10/29/04
Date

_____
United States Magistrate Judge