UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EASTERN CONTRACTORS, INC.
       Plaintiff
   V.                                       CIVIL NO. 03-12216 MLW
CITY OF WORCESTER
THOMAS R. HOOVER
HEERY INTERNATIONAL, INC.
THOMAS A. ELLIS
       Defendants

**Order**
**On Joint Motion to Modify the Court's Scheduling Order**
(Docket entry #40)

ALEXANDER, U.S.M.J.
    This Court hereby ALLOWS the joint motion to the extent as follows and ORDERS that :

(1)    all trial expert disclosures of information contemplated by FRCP, Rule 26(b) is to be provided by **December 30, 2004,** from the plaintiff and **March 2, 2005,** from the defendant;

(2)    all depositions are to be completed by **April 29, 2005;**

(3)    all trial expert depositions are to be completed by **May 30, 2005;**

(4)    all dispositive motions, including motions for summary judgment, are to be filed by **July 29, 2005**, and responses are to be filed fourteen (14) days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1.

SO ORDERED.

                                    /S/ Joyce London Alexander
                                    UNITED STATES MAGISTRATE JUDGE

January 31, 2005
Date