UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EASTERN CONTRACTORS, INC., <br><br>    Plaintiff, <br>v. <br><br>CITY OF WORCESTER and THOMAS R. HOOVER, City Manager, and HEERY INTERNATIONAL, INC. and THOMAS E. ELLIS, JR. <br><br>    Defendants. | Civil Action No. 03-12216MLW |

**ORDER**

This matter having come before the Court on the Motion of the Defendant, Heery International, Inc. ("Heery"), for a Protective Order concerning the Notice of Deposition of Heery served by the Plaintiff, Eastern Contractors, Inc. ("Eastern"), with notice to all interested parties, and the Court having considered the moving papers and the arguments of the parties, the Court hereby ORDERS this __ day of _____, 2005, that Eastern's examination of Heery pursuant to Fed. R. Civ. P. 30(b)(6) shall be limited to matter concerning or relating to the bidding phase of the construction project known as the new Worcester Vocational High School in Worcester, Massachusetts ("Project"). Moreover, in response to Eastern's Rule 34 and Rule 30(b)(5) requests for documents, Heery shall be required to produce only those documents in its possession, custody or control that are not privileged or otherwise protected concerning or relating to the bidding phase of the Project.

_____
Judge/Magistrate of the
United States District Court

00901827.DOC