T 25 2004 11:40 FR HAS BOSTON 30 3            TO 99512426           P.05/12

ROM FLANSBURGH ASSOCIATE         (FRI)10 22 2004 10:23/ST. 10:23/NO. 51)

# FLANSBURGH ASSOCIATES

07 November 2003

Mr. Wayne Capolupo
Chairman of Lawrence Building Committee
SPS New England, Inc.
98 Elm Street
Salisbury, MA 01952

RE:   Eastern Contractors Bid Submission

Dear Mr. Capolupo,

As outlined in the Project Manual Volume No. 1 of the bid documents, "Instructions to Bidders", paragraph 1.12 Method of Award, Flansburgh Associates, Inc. has completed its review of Eastern Contractors bid submission based on the Method of Award.

Flansburgh Associate, Inc. has adhered to the term "lowest responsible and eligible bidder" as defined in the provisions of Chapter 149, Sections 44A through 44F; as well as the "Instructions to Awarding Authorities" as outlined in the update statement instructions of the Division of Capital Asset Management.

We have reviewed Eastern Contractors Certificate of Eligibility at the DCAM office in addition to Eastern's evaluation forms based on the requirements listed above. We have also reviewed Eastern Contractor's update statement, the City of Worcester letter dated March 26, 2003, Heery International's letter dated March 19, 2003, and Macomber's letter dated October 29, 2003.

As was reported on October 29, 2003 at the Lawrence School Building Committee meeting, our preliminary findings for the three bidders were as follows:

Architecture
Master Planning
Programming
Interior Design

Principals
David S. Soleau, AIA
Alan S. Ross, AIA
Duncan P. McClelland, AIA
Sidney R. Bowen, III

Chairman
Earl R. Flansburgh, FAIA, NA

Senior Associates
Samuel Bick, AIA
Jorge M. Cruz, AIA
Ross M. Fiore, Assoc. AIA

Associates
Valerie M. Curcis
David R. DeFilippo, AIA
Viscent B.J. Dubé, AIA
James A. Highum, AIA
Peter W. Lambert
Thomas J. Mueller, AIA
Dominic L Padulla, Assoc. AIA
Robert B. Peirce, AIA
James B. Williams, Jr., AIA

|  | Firm Names | | |
| --- | --- | --- | --- |
| Comparative Criteria | Eastern Contractors Inc. | George B.H. Macomber Co. | Suffolk Construction |
| 1. Quality of Work | Above Average | Above Average | Average |
| 2. Performance and Accountability | Average | Above Average | Average |
| 3. Subcontractor (project) Management | Average | Above Average | Above Average |
| 4. Construction Procedures | Below Average | Above Average | Average |
| 5. Change Orders | Average | Average | Average |
| 6. Working Relationships | Above Average | Above Average | Above Average |
| 7. Paperwork Processing | Below Average | Above Average | Average |
| 8. On-site Supervisory Personnel Rating | Average | Average | Average |
| Average DCAM Rating | 91 | 92 | 87 |
| Note: Based on random selection of DCAM rated projects for evaluation purposes only. | | | |

T 25 2004 11:41 FR HAS BOSTON 30 3                    TO 99512420        P.07/12

FROM FLANSBURGH ASSOCIATE                    (FRI)10 22 2004 10:25/ST. 10:29/NO.5112765215 P  5

# FLANSBURGH ASSOCIATES

| () - Paperwork Processing | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Triton Regional Jr/Sr. High School, Byfield, Ma. | Average | Flansburgh Associates | Good |
| 2. Diamond & Clark Middle Schools, Lexington, Ma. | - | HMFH | Very Good |
| 3. Tyngsborough Elementary School, Tyngsborough, Ma. | - | Caolo&Bieniek | Good |
| 4. West Taunton Elementary School, Taunton, Ma. | - | Kaest | Good |
| 5. Bellingham High School, Bellingham, MA | - | McGuire Group | Good |
| 6. Van Sickle School, Springfield, Ma. | - | Caolo&Bieniek | Good |
| 7. Pawtucket B/O. Pres School, Lowell, Ma. | - | DFA, Inc. | Good/Reasonably Complete and Prompt |
| 8. Freetown/Lakeville Regional School, Freetown, Ma. | - | Kaestle Boos Assoc | Fair |
| 9. South Street Elementary School, Waltham, Ma. | Average | Flansburgh Associates | Good |

DCAM Question - Rate the contractor's performance in completing and processing paperwork.

| (f) - On-Site Supervisory Personnel | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Triton Regional Jr/Sr. High School, Byfield, Ma. | Average | Flansburgh Associates | Good/Very Experienced |
| 2. Diamond & Clark Middle Schools, Lexington, Ma. | Above Average | HMFH | Very Good |
| 3. Tyngsborough Elementary School, Tyngsborough, Ma. | - | Caolo&Bieniek | Good |
| 4. West Taunton Elementary School, Taunton, Ma. | - | Kaest | Good |
| 5. Bellingham High School, Bellingham, MA | - | McGuire Group | Good |
| 6. Van Sickle School, Springfield, Ma. | - | Caolo&Bieniek | Good |
| 7. Pawtucket B/O. Pres School, Lowell, Ma. | - | DFA, Inc. | Very Good |
| 8. Freetown/Lakeville Regional School, Freetown, Ma. | - | Kaestle Boos Assoc | Unforeseen Site Issues/Poor Coordination |
| 9. South Street Elementary School, Waltham, Ma. | Average | Flansburgh Associates | Good/Very Experienced |

DCAM Question - Rate the general performance of the contractors on-site supervisory personnel.

## FLANSBURGH ASSOCIATES

### INCOMPLETE PROJECTS

| 1 - Quality of Work | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Greene&Borden Schools, Fall River, Ma. | | Mt VernonGroup | Recovered from Slip Issues/ Project back on Schedule |
| 2. Wetherbee Elementary School, Lawrence, Ma. | | Flansburgh Architecture Involution | Very Good |
| 3. Lynnfield Middle School, Lynnfield, Ma. | | Mt VernonGroup | Generally Good |
| 4. Normandin Middle School, New Bedford, Ma. | | Partnership of Cambridge | Good |
| 5. Medway High School, Medway, Ma. | | Mt VernonGroup | Generally Good |
| 6. New Chicopee High School, Chicopee, Ma. | | DiNisco Design Partnership | |
| 7. Add. & Ren. Framingham H. S., Framingham Ma. | | M Rosenfield Inc. | Good |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. | | Strekalovsky & Hoit Inc. | |
| 9. Algonquin Regional High School, Waltham, Ma. | | | |

DCAM Question - Rate the quality of the work, problems attributable to the contractor and their cooperation in resolving the problem.

| 2 - Project Management<br>a) - Scheduling | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Greene&Borden Schools, Fall River, Ma. | | Mt VernonGroup | Could have been more Aggressive with Pile Sub Trades' Schedule |
| 2. Wetherbee Elementary School, Lawrence, Ma. | | Flansburgh | |
| 3. Lynnfield Middle School, Lynnfield, Ma. | | Architecture Involution | Very Good/Ahead of Schedule |
| 4. Normandin Middle School, New Bedford, Ma. | | Mt VernonGroup | Work Finishing |
| 5. Medway High School, Medway, Ma. | | Partnership of Cambridge | Delays Caused by Poor Scheduling with the Pile Sub Trades |
| 6. New Chicopee High School, Chicopee, Ma. | | Mt VernonGroup | Good |
| 7. Add. & Ren. Framingham H. S., Framingham Ma. | | DiNisco Design Partnership | |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. | | M Rosenfield Inc. | Generally Good |
| 9. Algonquin Regional High School, Waltham, Ma. | | Strekalovsky & Hoit Inc. | |

DCAM Question - Rate the contractors performance regarding contract schedule, was it met, were delays attributable to the Contractor.

| b) - Subcontractor Management | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Greene&Borden Schools, Fall River, Ma. | | Mt VernonGroup | Unforeseen Site Construction/Delay with Pile Sub Bids Trades |
| 2. Wetherbee Elementary School, Lawrence, Ma. | | Flansburgh | |
| 3. Lynnfield Middle School, Lynnfield, Ma. | | Architecture Involution | Very Good/PM /Great at Moving Project Along/Difficult site |
| 4. Normandin Middle School, New Bedford, Ma. | | Mt VernonGroup | Poor Sub-contractor Scheduling |
| 5. Medway High School, Medway, Ma. | | Partnership of Cambridge | Unforeseen Site Issues/On Schedule |
| 6. New Chicopee High School, Chicopee, Ma. | | Mt VernonGroup | Good |
| 7. Add. & Ren. Framingham H. S., Framingham Ma. | | DiNisco Design Partnership | |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. | | M Rosenfield Inc. | Good Site PM, Aggressive/Initial Site Cons. problems |
| 9. Algonquin Regional High School, Waltham, Ma. | | Strekalovsky & Hoit Inc. | HCI took over Site/Project on Schedule |

DCAM Question - Rate this contractor+A14; ability, effort, and success in managing and coordinating subcontractors.

# FLANSBURGH ASSOCIATES

## c) - Safety & Housekeeping

| | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Greater Fall River Schools, Fall River, Ma. | • | Mt Vernon Group | Very good - No serious safety incident. |
| 2. Wetherbee Elementary School, Lawrence, Ma. | | Flansburgh | |
| 3. Lynnfield Middle School, Lynnfield, Ma. | • | Architecture Involution | Very Good |
| 4. Normandin Middle School, New Bedford, Ma. | | Mt Vernon Group | Good |
| 5. Medway High School, Medway, Ma. | | Partnership of Cambridge | Good |
| 6. New Chicopee High School, Chicopee, Ma. | • | Mt Vernon Group | Good |
| 7. Add. & Ren. Framingham H.S., Lowell, Framingham Ma. | | DiNisco Design Partnership | |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. | • | M Rosenfield Inc. | Good |
| 9. Algonquin Regional High School, Waltham, Ma. | | Strekalovsky & Hoit Inc. | |

DCAM Question - Rate this contractors safety and housekeeping procedures. Were there any OSHA violations or serious accidents.

## d) - Change Order

| | DCAM | Contact | Did GC unreasonably claim change orders / extras |
|---|---|---|---|
| 1. Greater Fall River Schools, Fall River, Ma. | | Mt Vernon Group | Very good/Pricing was reasonable. |
| 2. Wetherbee Elementary School, Lawrence, Ma. | | Flansburgh | |
| 3. Lynnfield Middle School, Lynnfield, Ma. | • | Architecture Involution | Fair/Not Aggressive on CO |
| 4. Normandin Middle School, New Bedford, Ma. | | Mt Vernon Group | Reasonable |
| 5. Medway High School, Medway, Ma. | • | Partnership of Cambridge | Fair on CO |
| 6. New Chicopee High School, Chicopee, Ma. | | Mt Vernon Group | Fair |
| 7. Add. & Ren. Framingham H.S., Lowell, Framingham Ma. | | DiNisco Design Partnership | |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. | | M Rosenfield Inc. | Fair |
| 9. Algonquin Regional High School, Waltham, Ma. | | Strekalovsky & Hoit Inc. | |

DCAM Question - Did this Contractor unreasonably claim change orders, was the pricing reasonable.

## e) - Working Relations

| | DCAM | Contact | Comments |
|---|---|---|---|
| 1. Greater Fall River Schools, Fall River, Ma. | | Mt Vernon Group | Very Good/PM related well with Owner/Designer (within difficult site) |
| 2. Wetherbee Elementary School, Lawrence, Ma. | | Flansburgh | |
| 3. Lynnfield Middle School, Lynnfield, Ma. | • | Architecture Involution | Excellent / Very Cooperative with Client/Designer |
| 4. Normandin Middle School, New Bedford, Ma. | | Mt Vernon Group | Generally good |
| 5. Medway High School, Medway, Ma. | | Partnership of Cambridge | Good |
| 6. New Chicopee High School, Chicopee, Ma. | • | Mt Vernon Group | Generally good working alone will help process |
| 7. Add. & Ren. Framingham H.S., Lowell, Framingham Ma. | | DiNisco Design Partnership | |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. | | M Rosenfield Inc. | Generally good |
| 9. Algonquin Regional High School, Waltham, Ma. | | Strekalovsky & Hoit Inc. | |

DCAM Question - Rate this ot Add contractors working relations with the designers, owners, etc., did they conduct themselves in a professional manner.

## FLANSBURGH ASSOCIATES

| 1) - Paperwork Processing | DCAM | Consse | Comments |
|---|---|---|---|
| 1. Greenob Savion Schools, Fall River, Ma. |  | Mt Vernon Group | Good - Reasonably complete & prompt |
| 2. Wingherton Elementary School, Lawrence, Ma. |  | Flansburgh |  |
| 3. Lynnfield Middle School, Lynnfield, Ma. |  | Architectural Involvion | Very Good |
| 4. Normandin Middle School, New Bedford, Ma. |  | Mt Vernon Group | Generally Good |
| 5. Medway High School, Medway, Ma. |  | Partnership of Cambridge | Good |
| 6. New Chicopee High School, Chicopee, Ma. |  | Mt Vernon Group | Good |
| 7. Add. & Ren. Framingham H.S. Framingham Ma. |  | DiNisco Design Parnership |  |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. |  | M Rosenfield Inc. | Good |
| 9. Algonquin Regional High School, Waltham, Ma. |  | Strekalovsky & Hoit Inc. |  |

DCAM Question - Rate the contractors performance in completing and processing paperwork.

| 2) - On-Site Supervisory Personnel | DCAM | Consse | Comments |
|---|---|---|---|
| 1. Greenob Savion Schools, Fall River, Ma. |  | Mt Vernon Group | Very Good/PM able to move projects appropriately |
| 2. Wingherton Elementary School, Lawrence, Ma. |  | Flansburgh | Site |
| 3. Lynnfield Middle School, Lynnfield, Ma. |  | Architectural Involvion | PM was not focused on this project-worked on multiple projects |
| 4. Normandin Middle School, New Bedford, Ma. |  | Mt Vernon Group | Good Site PM/First Rate-Cons. that was too performive/made-up lost time |
| 5. Medway High School, Medway, Ma. |  | Partnership of Cambridge |  |
| 6. New Chicopee High School, Chicopee, Ma. |  | Mt Vernon Group | Good |
| 7. Add. & Ren. Framingham H.S. Framingham Ma. |  | DiNisco Design Parnership |  |
| 8. Lincoln Sudbury Regional High School, Sudbury, Ma. |  | M Rosenfield Inc. | Good Site Pm/ Make sure PMs do not perform multiple duties |
| 9. Algonquin Regional High School, Waltham, Ma. |  | Strekalovsky & Hoit Inc. |  |

DCAM Question - Rate the general performance of the contractors on-site supervisory personnel.

## FLANSBURGH ASSOCIATES

Conclusion:

1. Eastern Contractors' Certificate of Eligibility is current. Issues outlined in the City of Worcester's letter and Heery International's letter have been addressed in their June 2003 certificate.
2. Eastern's update statement information is correct and executed in accordance with DCAM requirements with only one item to be addressed by Eastern Contractors.
3. Part 3 – Project Performance, Question C; "Has your firm failed or refused to complete any punchlist work under any contract?" Eastern's answer is "No". Our review of the update statement found various projects that had incomplete punchlists. Even though not a single contact indicated that Eastern failed or refused to complete punchlists, we requested a further explanation from Eastern Contractors regarding their answer on Question No. 3. (See attached letter)
4. Concerning the question of schedule adherence - Our review found Eastern to be average, no better and no worse than their counterparts in public construction projects. In the cases we reviewed, delays in schedules were adjusted with time extensions granted by the awarding authorities without penalty to Eastern Contractors.
5. Regarding the issue of change orders - Our review found Eastern to be average, no better and no worse than their counterparts in public construction projects.
6. Concerning the question of final completion - Our review found Eastern to be below average, worse than their counterparts in achieving punchlist completion within 60 days of substantial completion and failing to achieve final completion within contract requirements. However, we did not find any instance in which Eastern Contractors abandoned its responsibilities for final completion.
7. Concerning the question of supervision - Our review found Eastern's personnel outlined in their bid for the project to be above average.
8. The issues outlined in the City of Worcester letter and Heery International letter have been adequately resolved with the issuance of Eastern's current Certificate of Eligibility.
9. This final report clearly addresses the bidder eligibility and addresses for the City items raised in the Macomber letter.

Based on our review and analysis of Eastern Contractors bid we find:

A. Eastern Contractors possess the skill, ability and integrity necessary to faithfully perform the work.
B. Eastern Contractors Inc. is the lowest responsible and eligible bidder.
C. The awarding authority has included provisions within the Owner/Contractor contract to manage the concerns over schedule, performance, change orders, punchlist completion and final completion for the project.
D. Eastern Contractors bid for construction amount for the contract although 7% below the second bidder does not invalidate their bid.

# FLANSBURGH ASSOCIATES

Based on our determination, the City of Lawrence should award Eastern Contractors Inc., as the lowest responsible and eligible bidder, the contract for constructing the new Lawrence High School.

Sincerely,

FLANSBURGH ASSOCIATES, INC.

Jorge M. Cruz, AIA
Senior Associate

CC: Doreen Zankowski
    George Collins
    Earl R. Flansburgh
    Dominic Pedulla