# IINCKLEY, ALLEN & SNYDER LLP

*ttorneys at Law*

28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1775
617 345-9000
FAX: 617 345-9020

Rhian M. J. Cull

April 4, 2003

Edward J. Quinlan, Esq.
Quinlan & Sadowski
11 Vanderbilt Avenue
Norwood, MA 02062

Re: Eastern Contractors, Inc. v. City of Worcester and Thomas R. Hoover, City Manager, Middlesex Superior Court No. 03-1422-C

Dear Mr. Quinlan:

Further to our first letter of earlier today, please find attached copies of the City of Worcester and Thomas R. Hoover's Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction and copies of the Affidavits of Thomas R. Hoover and Jill C. Dagilis.

Very truly yours,

Rhian M. J. Cull

RMJC/bd
Enclosures


EXHIBIT B

434923

# HINCKLEY, ALLEN & SNYDER LLP
*Attorneys at Law*

28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1775
617 345-9000
FAX: 617 345-9020

Joel Lewin
Jlewin@haslaw.com

April 7, 2003

**BY HAND**

Paul J. Hogan
Pepe & Hazard LLP
150 Federal Street
28th Floor
Boston, MA 02110-1745

Re: Eastern Contractors, Inc. v. City of Worcester, and Thomas R. Hoover, City Manager

Dear Paul:

Enclosed please find Defendants' Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction, Affidavit of Thomas R. Hoover, City Manager and Affidavit of Jill C. Dagilis, Code Commissioner.

Very truly yours,

Joel Lewin /pak

JL:pak
Enclosures
#435036