```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                        NO. 03CV12216-MLW
                                )
EASTERN CONTRACTORS, INC.       )
            Plaintiff           )
                                )
v.                              )
                                )
CITY OF WORCESTER, and THOMAS   )
R. HOOVER, City Manager, and    )
HEERY INTERNATIONAL, INC. and   )
THOMAS A. ELLIS,                )
            Defendants          )
                                )
```

**STIPULATION AS TO DEPOSITIONS OF MOORE AND TRAYNOR**

Plaintiff Eastern Contractors and Defendant City of Worcester ("Worcester") and Thomas R. Hoover, City Manager, hereby stipulate that the grounds previously advanced by Worcester in support of its already-filed motions for protective orders in this lawsuit, as well as the grounds previously advanced by Plaintiff in support of its already-filed oppositions to those motions, shall again be advanced, by and through this stipulation, in response to Plaintiff's depositions of David M. Moore and Michael E. Traynor that are scheduled for Tuesday, June 7, 2005. This stipulation is being filed in lieu of Worcester's filing an additional motion for a protective order as to those 2 depositions, as well as Plaintiff's filing an additional opposition thereto. The parties agree that rulings by this Court, if any, as to

Worcester's already-filed motions for protective orders will, as to the grounds advanced in those motions and in the oppositions thereto, also govern the June 7 depositions.

| | |
|---|---|
| EASTERN CONTRACTORS, INC.<br>By it attorneys, | CITY OF WORCESTER and<br>THOMAS R. HOOVER,<br>City Manager<br>By their attorneys,<br>David M. Moore<br>City Solicitor |
| /s/Sabatino F. Leo<br>George C. Deptula, Esquire<br>(BBO#120820)<br>Sabatino F. Leo, Esquire<br>(BBO#642302)<br>Vena, Riley, Deptula, LLP<br>250 Summer Street, 2nd Floor<br>Boston, MA 02210<br>(617) 951-2400 | /s/Donald V. Rider, Jr.<br>Donald V. Rider, Jr.<br>Assistant City Solicitor<br>(BBO#549777)<br>City Hall, Room 301<br>455 Main Street<br>Worcester, MA 01608<br>(508) 799-1161 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served the within document upon all parties of record by mailing a copy of the same, by first class mail, to George C. Deptula, Esquire, Vena, Riley, Deptula, LLP, 250 Summer Street, 2nd Floor, Boston, MA 02210; and Warren D. Hutchison, Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210 this <u>6th</u> day of June, 2005.

/s/Donald V. Rider, Jr.
Donald V. Rider, Jr.
Assistant City Solicitor