UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 03CV12216-MLW

|  |  |
|---|---|
| EASTERN CONTRACTORS, INC. | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITY OF WORCESTER, and THOMAS | ) |
| R. HOOVER, City Manager, and | ) |
| HEERY INTERNATIONAL, INC. and | ) |
| THOMAS A. ELLIS, | ) |
| Defendants | ) |
|  | ) |

**STIPULATION AS TO DEPOSITION OF HOOVER**

Plaintiff Eastern Contractors and Defendant City of
Worcester ("Worcester") and Thomas R. Hoover, City Manager
("Hoover"), hereby stipulate that the grounds previously
advanced by Worcester in support of its already-filed
motions for protective orders in this lawsuit, as well as
the grounds previously advanced by Plaintiff in support of
its already-filed oppositions to those motions, shall again
be advanced, by and through this stipulation, in response to
Plaintiff's deposition of Hoover scheduled for Wednesday,
June 15, 2005.  This stipulation is being filed in lieu of
Worcester and Hoover's filing an additional motion for a
protective order as to that deposition, as well as
Plaintiff's filing an additional opposition thereto.  The
parties agree that rulings by this Court, if any, as to

Worcester's already-filed motions for protective orders will, as to the grounds advanced in those motions and in the oppositions thereto, also govern the deposition of Hoover.

| | |
|---|---|
| EASTERN CONTRACTORS, INC. | CITY OF WORCESTER and |
| By it attorneys, | THOMAS R. HOOVER, |
| | City Manager |
| | By their attorneys, |
| | David M. Moore |
| | City Solicitor |

| | |
|---|---|
| /s/Sabatino F. Leo_____ | /s/Donald V. Rider, Jr. |
| George C. Deptula, Esquire | Donald V. Rider, Jr. |
| (BBO#120820) | Assistant City Solicitor |
| Sabatino F. Leo, Esquire | (BBO#549777) |
| (BBO#642302) | City Hall, Room 301 |
| Vena, Riley, Deptula, LLP | 455 Main Street |
| 250 Summer Street, 2nd Floor | Worcester, MA 01608 |
| Boston, MA 02210 | (508) 799-1161 |
| (617) 951-2400 | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served the within document upon all parties of record by mailing a copy of the same, by first class mail, to George C. Deptula, Esquire, Vena, Riley, Deptula, LLP, 250 Summer Street, 2nd Floor, Boston, MA 02210; and Warren D. Hutchison, Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210 this 13th day of June, 2005.

/s/Donald V. Rider, Jr.
Donald V. Rider, Jr.
Assistant City Solicitor